October 16, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

JOSE ALFREDO BEJAR, Appellant

NO. 14-12-00887-CR                V.

NO. 14-12-00888-CR

THE STATE OF TEXAS, Appellee

_____

      This cause was heard on the transcript of the record of the court below. The record indicates that the appeal should be DISMISSED. The Court orders the appeal **DISMISSED** in accordance with its opinion.

      We further order the mandate be issued immediately.

      We further order this decision certified below for observance.